IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

HENRY HINTON, JR.                                                          PLAINTIFF

VS.                                                       CIVIL ACTION NO. 5:16-cv-14-KS-MTP

PIKE COUNTY, ET AL

## ORDER

THIS CAUSE IS BEFORE THE COURT on Motion [49] to Supplement Objection and for Reconsideration of the Court's Order Denying [38] Motion for Summary Judgment. The Court has reviewed the Motion and the allegations contained therein and finds that the motion is not well taken for the following reasons, to wit:

1. That the Motion to Supplement/Reconsider [49] was after the Court ruled.

2. The Court has considered the supplementation even though it was filed late and finds that the request to reconsider is without merit and should be denied for the reasons stated in the Court's Order [48].

NOW, THEREFORE, IT IS HEREBY ORDERED that the Motion to Supplement/ Reconsider be and the same is hereby DENIED.

SO ORDERED this the   24th   day of May, 2017.

                                                                    s/Keith Starrett
                                                        UNITED STATES DISTRICT JUDGE