IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

HENRY HINTON, JR                                              PLAINTIFF

VS.                                    CIVIL ACTION NO. 5:16-cv-14-KS-MTP

PIKE COUNTY, ET AL                                     DEFENDANTS

<u>ORDER</u>

THIS CAUSE IS BEFORE THE COURT on Motion for Reconsideration [85] of this Court's Order Adopting Report and Recommendation of Judge Michael T. Parker. Also pending is Motion [84] "for a Response".

After considering the Motion for Reconsideration the Court finds that pursuant to Federal Rules of Civil Procedure 59 or 60 that the Movant has made no showing of any reason why the Court's Order should be reconsidered. The issue of taking of Mr. Hinton's glasses is not a Fifth Amendment taking as he seems to allege but is a theft or conversion which is adequately addressed by State procedures. The issue of the exercise was adequately addressed in the Report and Recommendation of Judge Parker which was adopted by this Court, and the Court finds that the Motion for Reconsideration [85] should be and is hereby OVERRULED.

The Motion "for a Response" [84] is DENIED AS MOOT.

NOW, THEREFORE, IT IS HEREBY ORDERED that Motion for Reconsideration [85]

is DENIED and Motion "for a Response" [84] is DENIED AS MOOT.

SO ORDERED this the __25th___ day of October, 2018.

___s/Keith Starrett_____
UNITED STATES DISTRICT JUDGE